AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL PURSUANT TO ORDER** |
| v. | |
| CHAUNTYLL LOUISA ALLEN | Case No. 26-mj-40 DLM |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_CHAUNTYLL LOUISA ALLEN_
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

Conspiracy Against Rights to Free Exercise of Religion Secured by FACE Act, in violation of 18 U.S.C. § 241, 248(a)(2) _[handwritten: NO PROBABLE CAUSE DLM]_

Date: 1/20/26

_Issuing officer's signature_

City and State: St. Paul, MN

Douglas L. Micko
United States Magistrate Judge
_Printed Name and Title_

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_