| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| Robert J. Keenan (CA Bar No. 151094)<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530 | |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA,<br><br>                                                  PLAINTIFF<br>v.<br>NEKIMA VALDEZ LEVY-ARMSTRONG,<br>   a/k/a "Nekima Valdez Levy-Pounds," and<br>CHAUNTYLL LOUISA ALLEN,<br><br>                                                  DEFENDANT. | CASE NUMBER<br><br>26-mj--40-DLM<br><br>**APPLICATION FOR<br>REVIEW OR RECONSIDERATION OF ORDER<br>SETTING CONDITIONS OF<br>RELEASE OR DETENTION<br>(18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☒ plaintiff ☐ defendant _____
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☒ Magistrate Judge  Douglas l. Micko _____ by order dated: January 22, 2026

  ☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
  ☒ ordering release upon certain conditions, or
  ☐ denying detention.

  ☐ A hearing is being sought before Magistrate Judge _____ as there is new information to be presented that was not considered by the previous judicial officer; or

  ☒ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
The Government requests review of the orders releasing defendants NEKIMA VALDEZ LEVY-ARMSTRONG and CHAUNTYLL LOUISA ALLEN. Detention is warranted on grounds of flight and danger. Defendants both fled their local residences and went to local hotels after January 18, 2026 incident at church, where, as described in the complaint affidavit (incorporated herein), they disrupted a Sunday morning service at the Cities Church and terrorized children and families, causing them to flee from the church, resulting in injury to one female parishioner.

   Counsel for the defendant and plaintiff United States Government consulted on today via argument at hearing and opposing counsel declines to stipulate to an order providing the relief sought.

☒   Telephonic notice given to  ☐ AUSA  ☒ Defendant's Counsel  ☒ PSA  ☐ Interpreter  ☒ USM  ☐ Probation
on Not by telephone, but in Court today. .

An interpreter is  ☐ required  ☒ not required.  Language   N/A
Defendant is   ☒ in custody  ☐ not in custody.

| January 22, 2026 | United States of America |
|---|---|
| Date | Moving Party |

---

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS
OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (09/24)