AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

NEKIMA VALDEZ LEVY-ARMSTRONG a/k/a "Nekima Valdez Levy-Pounds," CHAUNTYLL LOUISA ALLEN, WILLIAM SCOTT KELLY a/k/a "DaWokeFarmer," ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Case No. 26-mj-40-DLM

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **January 18, 2026**, in ~~Hennepin~~ Ramsey County, in the State and District of Minnesota, the above-named defendants conspired to injure, oppress, threaten, and intimidate the rights of other persons secured by Federal Law, namely, the free exercise of religion at a place of religious worship secured by the FACE Act, 18 U.S.C. § 248(a)(2), all in violation of Title 18, United States Code, Sections 241 and 248(a)(2).

I further state that I am a Special Agent of the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒Yes  ☐ No

_____
*Complainant's signature*

SUBSCRIBED and SWORN before me by reliable electronic means (FaceTime and email) pursuant to Fed. R. Crim. P. 41(d)(3)

Timothy Gerber, DHS-ICE Special Agent
*Printed name and title*

_____
*Judge's Signature*

Date: January 20, 2026

City and State: St. Paul, MN

Douglas L. Micko
United States Magistrate Judge
*Printed Name and Title*