UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Chauntyll Louisa Allen,<br><br>                    Defendant. | **NOTICE OF APPEARANCE**<br><br>Criminal Case No.: 26-mj-40<br>(LMP/DLM) |

The undersigned attorney hereby notifies the Court and counsel that Jill A. Brisbois

shall appear as counsel of record for Defendant Chauntyll Lousia Allen, in this case.


Dated: January 23, 2026          s/ Jill A. Brisbois
                                 **THE JAB FIRM**
                                 Attorney ID #345477
                                 150 South 5th Street
                                 Suite 1850
                                 Minneapolis, MN  55402
                                 Tele.: (651) 209-7797
                                 Email: jill@thejabfirm.com