UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Chauntyll Louisa Allen,<br><br>　　　　Defendant. | **DECLARATION**<br><br>Criminal Case No.: 26-mj-40<br>(LMP/DLM) |

I declare under the penalty of perjury, that the below is true and correct:

1. On January 26, 2026, I turned my passport into the U.S. Probation Office.

,

Dated: January 26, 2026

_____
Chauntyll Louisa Allen